COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:                   01-20-00136-CV

Trial Court Cause
Number:                         2019-82952

Style:                          Renee  Jefferson-Smith

                                v.  City of Houston, Texas and Harris County, Texas

Date motion filed*:             08/25/20

Type of motion:                 Motion to Issue Mandate

Party filing motion:            Appellee—The City of Houston

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☒   Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

The City of Houston's Unopposed Motion to Issue the Mandate is Granted. Mandate will be issued immediately.

Judge's signature: /s/ Sherry Radack
                   ☒ Acting individually      ☐ Acting for the Court

Date: September 10, 2020